UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLGA GHAZAL-VERSES, | : | |
| | : | CIVIL ACTION NO.: |
| **Plaintiff,** | : | |
| | : | 3:20-cv-01843 (KAD) |
| v. | : | |
| | : | |
| MULTIPLE MYELOMA RESEARCH FOUNDATION, INC., | : | |
| | : | |
| **Defendant.** | : | March 26, 2021 |
| | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Olga Ghazal-Verses, and Defendant, Multiple Myeloma Research Foundation, Inc., hereby file this Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing with prejudice all of the plaintiff's claims against the Defendant.

**Dated:   March 26, 2020**

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| By:   /s/ *Amanda M. DeMatteis* | By:   /s/ *Stephen W. Aronson* |
| Amanda M. DeMatteis  *(ct29413)* | Stephen W. Aronson  *(ct02216)* |
| Joshua R. Goodbaum  *(ct28834)* | ROBINSON & COLE LLP |
| GARRISON, LEVIN-EPSTEIN, | 280 Trumbull Street |
|     FITZGERALD & PIRROTTI, P.C. | Hartford, CT  06103-3597 |
| 405 Orange Street | Tel.:  (860) 275-8200 |
| New Haven, CT  06511 | Fax:  (860) 275-8299 |
| Tel: (203) 777-4425 | Fax: (203) 776-3965 | saronson@rc.com |
| adematteis@garrisonlaw.com | |
| jgoodbaum@garrisonlaw.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this   26th   day of March, 2021, a copy of the foregoing **Joint Stipulation of Dismissal** was filed electronically *[and served by mail on anyone unable to accept electronic filing]*.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system *[or by mail to anyone unable to accept electronic filing]*. Parties may access this filing through the Court's system.

*/s/ Amanda M. DeMatteis*
Amanda M. DeMatteis